UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KAREY A. GARLING,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security Administration,

    Defendant.

CAUSE NO. 3:20-CV-369 DRL-JPK

ORDER

This matter is before the court on the findings and recommendation of Magistrate Judge Joshua P. Kolar filed on July 20, 2021 (ECF 20). The Magistrate Judge recommended that this court reverse and remand the decision of the Commissioner of the Social Security Administration in Ms. Garling's case because the ALJ didn't properly consider Ms. Garling's physical and mental limitations (ECF 20 at 7-9); properly evaluate and give weight to the medical opinions (ECF 20 at 9-12); or properly consider the third-party statement of Ms. Garling's father (ECF 20 at 12-13). The court advised the Commissioner that he had fourteen days to file any objections, and that date has now passed. The Commissioner has not objected to the Magistrate Judge's findings and recommendation, so the court now ADOPTS the findings and recommendation in their entirety.

Accordingly, the court REMANDS the ALJ's decision for further consideration consistent with the report and recommendation now adopted.

SO ORDERED.

August 23, 2021

                                                    *s/ Damon R. Leichty*
                                                  Judge, United States District Court